UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Sonya Shafqat Mahmood, | ) | Civil Case No. 2:24-cv-01646 |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER |
| | ) | GRANTING STIPULATED |
| -v- | ) | MOTION AND PROPOSED |
| | ) | BRIEFING SCHEDULE |
| | ) | |
| Rena Bitter, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

The parties, having stipulated and agreed, it is hereby **SO ORDERED**. The parties shall submit their filings pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Plaintiff's Reply to Motion to Dismiss and Cross Motion for Summary Judgment | February 21, 2025 |
| Defendant's Response to Reply for Motion to Dismiss and Response to Cross Motion for Summary Judgment | March 14, 2025 |
| Plaintiff's Response to Defendant's Response to Motion for Summary Judgment | March 28, 2025 |

The parties are granted permission, pursuant to LCR 7(f), to file overlength briefs of up to 11,000 words with regard to the Motion to Dismiss or the Motion for Summary Judgement filing. Furthermore, the parties are granted permission to reserve the right to amend the schedule herein, in accordance with to LCR 7(j), prior to February 21, 2025.

DATED this 28th day of January, 2025.

_____
Tana Lin
United States District Judge