District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SONYA SHAFQAT MAHMOOD,

　　　　　　　　　　　Plaintiff,

　　　v.

RENA BITTER, *et al.*,

　　　　　　　　　　　Defendants.

Case No. 2:24-cv-01646-TL

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND
[~~PROPOSED~~] ORDER

Noted for Consideration:
June 18, 2025

Pursuant For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until July 18, 2025.  Plaintiff brought this litigation pursuant to the Mandamus Act and the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to readjudicate Plaintiff's fiancé's nonimmigrant visa application.  On May 30, 2025, this Court granted in part and denied in part Defendants' Motion to Dismiss and denied Plaintiff's cross-motion for summary judgment.  Dkt. No. 23, Order.  As a result, Defendants' response to the Amended Complaint (Dkt. No. 9) is currently due on June 19, 2025.  The Court also issued an Order setting initial scheduling dates.  Dkt. No. 24.  Due to recent developments, the parties are currently working towards a resolution to this litigation.

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
[Case No. 2:24-cv-01646-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1    Courts have "broad discretion" to stay proceedings.  *Clinton v. Jones*, 520 U.S. 681, 706

2    (1997).  "[T]he power to stay proceedings is incidental to the power inherent in every court to

3    control the disposition of the causes on its docket with economy of time and effort for itself, for

4    counsel, and for litigants."  *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.

5    P. 1.

6        With additional time, this case may be resolved without the need of further judicial

7    intervention.  Plaintiff's fiancé's visa application is currently refused under 8 U.S.C. § 1201(g), as

8    additional security screening was required.  On May 19, 2025, the U.S. Embassy in Islamabad,

9    Pakistan, reached out to Plaintiff's fiancé to obtain additional documentation.  Additional time is

10   needed to allow for this information to be submitted and then for the Embassy to review and

11   process this information, which may lead to readjudication of the visa application.  The parties

12   agree that a readjudication of the visa application may moot out this litigation in its entirety.

13       Accordingly, the parties request that the Court hold the case in abeyance until July 18,

14   2025.  The parties further request that the Order Regarding Initial Disclosures, Joint Status Report,

15   and Early Settlement be vacated.  Dkt. No. 24.  The parties will submit a joint status report on or

16   before July 18, 2025.

17   //

18

19   //

20

21   //

22

23   //

24       DATED this 18th day of June, 2025.

1

2
Respectfully submitted,

3
TEAL LUTHY MILLER                          DAVIS NDANUSA IKHLAS & SALEEM
Acting United States Attorney               LLP

4
*s/ Michelle R. Lambert*                      *s/ Mohammed A. Saleem*
MICHELLE R. LAMBERT, NYS #4666657          MOHAMMED A. SALEEM, PHV

5
Assistant United States Attorney            Davis Ndanusa Ikhlas & Saleem LLP
United States Attorney's Office             26 Court Street, Suite 603

6
Western District of Washington             Brooklyn, New York 11242
1201 Pacific Avenue, Suite 700             Phone: 718-783-6819

7
Tacoma, Washington 98402                   Email:  msaleem@dnislaw.com
Phone: (253) 428-3824

8
Fax:    (253) 428-3826                      OPEN SKY LAW, PLLC
Email:  michelle.lambert@usdoj.gov

9
                                            *s/ Devin T. Theriot-Orr*
*Attorneys for Defendants*                    DEVIN T. THERIOT-ORR, WSBA# 33995

10
                                            Open Sky Law, PLLC
*I certify that this memorandum contains 365*   20415 72nd Avenue S. Suite 110

11
*words, in compliance with the Local Civil Rules.*   Kent, Washington 98032
                                            Phone: 206-962-5052

12
                                            Email:  devin@opensky.law
                                            *Attorneys for Plaintiff*

13

14

15

16

17

18

19

20

21

22

23

24

1

**[~~PROPOSED~~] ORDER**

2      The case is held in abeyance until July 18, 2025.  The Order Regarding Initial

3  Disclosures, Joint Status Report, and Early Settlement is vacated.  Dkt. No. 24.  The parties shall

4  submit a joint status report on or before July 18, 2025.  It is so **ORDERED**.

5

6      DATED this 20th day of June, 2025.

7

8      _____

9      Tana Lin
       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
[Case No. 2:24-cv-01646-TL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800