District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONYA SHAFQAT MAHMOOD, <br><br> Plaintiff, <br><br> v. <br><br> RENA BITTER, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-01646-TL <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> July 15, 2025 |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until August 1, 2025. Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. Defendants report that Plaintiff's fiancé's visa application has been issued. Plaintiff's counsel is confirming this information with their client. The parties agree this litigation

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01646-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

may be moot now that the visa application has been issued.  The parties request a short abeyance to allow for parties to discuss how to move forward.

Accordingly, the parties request that the Court hold the case in abeyance until August 1, 2025.  The parties will submit a joint status report on or before August 1, 2025.

DATED this 15th day of July, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney<br><br>s/ Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants*<br><br>*I certify that this memorandum contains 208 words, in compliance with the Local Civil Rules.* | DAVIS NDANUSA IKHLAS & SALEEM LLP<br><br>s/ Mohammed A. Saleem<br>MOHAMMED A. SALEEM, PHV<br>Davis Ndanusa Ikhlas & Saleem LLP<br>26 Court Street, Suite 603<br>Brooklyn, New York 11242<br>Phone: 718-783-6819<br>Email:  msaleem@dnislaw.com<br><br>OPEN SKY LAW, PLLC<br><br>s/ Devin T. Theriot-Orr<br>DEVIN T. THERIOT-ORR, WSBA# 33995<br>Open Sky Law, PLLC<br>20415 72nd Avenue S. Suite 110<br>Kent, Washington 98032<br>Phone: 206-962-5052<br>Email:  devin@opensky.law<br>*Attorneys for Plaintiff* |

**[PROPOSED] ORDER**

The case is held in abeyance until August 1, 2025.  The parties shall submit a joint status report on or before August 1, 2025.  It is so **ORDERED**.

DATED this 15th day of July, 2025.

Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01646-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800